## W. R. AXFORD v. O. HUBBELL.

ACTION originally brought before a justice of the peace of Greenwood county, by *Axford* against *Hubbell*, upon a certain promissory note and an account. The plaintiff prayed for judgment on the note for $100, with interest, etc., and for the further sum of $158.28 on the account. *Hubbell* filed a bill of particulars, alleging as a defense, by way of set-off, that on the 1st day of January, 1877, he (defendant), by a certain parol agreement with the plaintiff, leased, for the term of one year from and after the date aforesaid, the plaintiff's farm, situate in Otter Creek township, in Greenwood county, and that damages to the amount of $248 — specifying the same — had resulted to him (defendant), because the plaintiff had neglected and refused to comply with certain obligations in said agreement. In the trial before the

justice, judgment was given for the plaintiff and against the defendant, who appealed to the district court. Trial by the court at the May Term, 1879, and judgment for the defendant for $39.40. New trial denied, and *Axford* brings the case here.

*W. C. Huffman*, for plaintiff in error.

*Clogston & Martin*, for defendant in error.

*Per Curiam:* The judgment in this case is affirmed, upon the authority of *Stevens v. Able*, 15 Kas. 584; *Fanson v. Linsley*, 20 Kas. 235.